```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
LOANSTREET INC., and IAN LAMPL,
Individually

                Plaintiffs,

         - against -                              ORDER

WYATT TROIA, Individually                    21 Civ. 6166 (NRB)

                Defendant.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated September 8, 2021 and September 13, 2021, the Court has determined that defendant may bring his motion without the necessity of a pre-motion conference.

Plaintiffs are reminded that if, consistent with Rule 11, they can assert additional allegations to cure any alleged deficiencies raised by defendant's letter, it would be in the best interest of both the parties and the Court for plaintiffs to assert them now, before briefing on the proposed motions. Plaintiffs are thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendant's motion to the filing of defendant's reply.

```
```

**SO ORDERED.**

Dated:   New York, New York
         September 15, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE