UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANSTREET INC. and IAN LAMPL, Individually,

    Plaintiffs,

v.

WYATT TROIA, Individually,

    Defendant.

ECF CASE

No.: 1:21-cv-06166 (NRB)

---

NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(B)(6) AND 12(B)(1)

PLEASE TAKE NOTICE that, upon the memorandum of law and accompanying November 1, 2021 declaration of Wyatt Troia, Defendant respectfully moves the Court for an Order dismissing the Complaint in its entirety under Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

Dated: New York, New York
       November 1, 2021

                        Respectfully submitted,
                        LIPSKY LOWE LLP

                        s/ Douglas B. Lipsky
                        Douglas B. Lipsky
                        Sara J. Isaacson
                        420 Lexington Avenue, Suite 1830
                        New York, New York 10170
                        212.392.4772
                        doug@lipskylowe.com
                        sara@lipskylowe.com
                        *Defendant's Counsel*