UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANSTREET INC., and IAN LAMPL, Individually,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WYATT TROIA, Individually,<br><br>　　　　　Defendant. | Civil Action No.: 1:21-cv-06166 |

DECLARATION OF WYATT TROIA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

1.　　I, Wyatt Troia, am over the age of 18 and reside in New York, New York. I am fully familiar with the facts set forth in this declaration based upon my personal knowledge. I respectfully submit this declaration in support of Defendant's motion to dismiss Plaintiffs' complaint.

2.　　For the past five years, I have lived in the same New York City apartment, which is located in Battery Park on Albany Street and is owned by my parents. I pay rent and the utilities. It remains my intent to continue living in this same New York City apartment for the indefinite future.

3.　　When Plaintiffs filed this action, I was living at my New York City apartment.

4.　　Due to the COVID-19 pandemic, I temporarily moved to Nebraska to live at my parents' home and always expected and intended to return to New York City within a few months.

5.　　I lived in Nebraska for a total of five months, from March 2020 to August 2020. During this time, I worked remotely for Plaintiffs from Nebraska until June 2020.

6.       While I lived there, I never had the intent to remain in Nebraska.

7.       In September 2020, I returned to New York to resume living at my apartment in Manhattan. Attached hereto as Exhibit A is a true and correct copy of the confirmation email for my flight back to New York City in September 2020.[1]

8.       It has been and remains my intent to continuing living in New York City for the indefinite future. I, in fact, have paid and continue to pay utilities for my Manhattan apartment, demonstrating my intent to continue living in New York City. Attached hereto as Exhibit B are true and correct copies of my utility bills from December 2020 to October 2021.

9.       On July 19, 2021, I was living in my New York City Apartment.

I declare under penalty of perjury, pursuant to 29 U.S.C. § 1746, that the forgoing is true and correct.

Dated: New York, New York
       November 1, 2021

_____
Wyatt Troia

---

[1] Although I flew into the airport located in Newark, New Jersey, I travelled by car to my Manhattan apartment from the airport.