# EXHIBIT B

**WYATT TROIA**

**Bill Date: January 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## You're enrolled in autopay:

# $39.99

**Auto pay date Feb 7**

---

## 🔔 What changed?

**Reminder:**
• You are qualified for the Disney+ 12-month free promotion. To activate this promotion please log into https://myverizon.com before the promotion period ends on 8/31. You will be charged $6.99/month for Disney+ at the end of your promotional period unless you cancel the service.

---

## ⬆ This month's charges

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by February 10** | **$39.99** |

## 📋 Offers & benefits

**Moving made easy**

Verizon makes it easy to take your service with you. Feel right at home faster with flexible install times that fit your schedule. Call 866.VZ.MOVES or visit verizon.com/move

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number:
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**                    $39.99  011621
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA

NEW YORK NY 10280−1408
NEW YORK NY 10280−1408

V 5                          0000000000   00000039990

**WYATT TROIA**
Account Number: ▮▮▮▮▮▮▮▮▮
**Bill Date:   January 16, 2021**

## Enroll in Auto Pay

Save time when you sign up for Auto Pay and ensure your payment is on time each month. Enroll online at myverizon.com.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

## Discounts This Month          -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## My Verizon

Managing your Verizon services is easy with My Verizon. You can add or change services, review and pay your bill, update your email address, create sub-accounts and more. Register at verizon.com/myverizon to get started.



## ⊙ Frequently Asked Questions

**Why does my bill fluctuate?**

Your bill amount fluctuates when you:
- Request a change to your service
- Purchase or rent movies
- Use directory assistance
- Make calls outside of your calling plan
- Receive a promotional credit
- Lose a promotional credit
- Receive a price change

**How can I request a duplicate bill?**

Duplicate bills can be downloaded and printed at verizon.com/billview.

**What is the balance that I currently owe?**

You can review your most current balance information by using the My Fios app (works for non-Fios customers too) or online at verizon.com/BillView.

**WYATT TROIA**
Account Number: ▮▮▮▮▮▮▮▮▮▮
**Bill Date:  January 16, 2021**

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

# Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 1/7 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

# Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 200 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay Discount | -10.00 | |
| **Subtotal** | **$39.99** | 1/17 - 2/16 |

Equipment and additional services to personalize your Fios service.

| **Total Due** | **$39.99** |
|---|---|

# Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing

You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge

To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Feb 16, 2021.

### Service Providers

Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

# Services

### Questions

- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number:
**Bill Date:  February 16, 2021**

• Via the My Fios app
• Online at verizon.com/PayOnline

**You're enrolled in auto pay:**

# $39.99

**Auto pay date Mar 7**

## This month's charges

Services, Equipment & Discounts          $39.99

**Total Due by March 13**          **$39.99**

## Offers & benefits

**Moving made easy**

Verizon makes it easy to take your service with you. Feel right at home faster with flexible install times that fit your schedule. Call 866.VZ.MOVES or visit verizon.com/move

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number: 156-391-962-0001-67
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**          $39.99   021621
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA

NEW YORK NY 10280−1408
NEW YORK NY 10280−1408

V 5          00000000000   00000039990

**WYATT TROIA**
Account Number:
**Bill Date:   February 16, 2021**

## Enroll in Auto Pay

Save time when you sign up for Auto Pay and ensure your payment is on time each month. Enroll online at myverizon.com.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay Discount | | -10.00 | |

### Discount Details

$10 Internet discount has no current expiration.

### Discounts This Month          -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Fios Fast Facts

## Test Your Internet Speed

Put your Fios Internet connection to the test! Learn about the speed range of your Fios service by visiting verizon.com/checkyourspeed.



 ## Frequently Asked Questions

**How can I make a payment arrangement?**
You can use the My Fios app or verizon.com/PayBill.

**How do I verify and update my email address?**
You can verify or update your email address by visiting us at verizon.com/MyVerizon. Select 'Profile' then 'My Profile'.

**What are the Taxes, Surcharges, and Fees on my bill?**
Your bill includes federal, state and local taxes, governmental surcharges and fees as well as Verizon surcharges and fees. These charges vary depending on what products and services you have and in which state you use these products and services. For more information go to verizon.com/TaxesAndFees.

**WYATT TROIA**
Account Number: ███████████
**Bill Date: February 16, 2021**

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 2/8 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 300 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay Discount | -10.00 | |
| **Subtotal** | **$39.99** | 2/17 - 3/16 |

Equipment and additional services to personalize your Fios service.

**Total Due**          **$39.99**

**WYATT TROIA**
Account Number:
**Bill Date:   February 16, 2021**

 **Important**

### Disney+ subscription rate change
The Disney Corporation recently announced that effective March 26, 2021, the cost of a monthly Disney+ subscription will change from $6.99 to $7.99 per month. If you currently subscribe to Disney+ and are in a promotional period, the rate change will take effect after your promotion has ended. Please note this notice does not apply to multi-year or annual subscriptions purchased directly from Disney. Please visit Verizon.com/myaccount to review your Disney+ subscription details.

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge
To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Mar 19, 2021.

### Service Providers
Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions
- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number: ███████████
**Bill Date:  March 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

**You're enrolled in auto pay:**

# $39.99

**Auto pay date Apr 7**

⬆️ **This month's charges**

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by April 10** | **$39.99** |

📋 **Offers & benefits**

**Easy online access**

Take the stress and hassle out of paying your Verizon bill. Sign up for auto-pay and manage your account online on your own time. Plus, you can sign up for paper-free billing at verizon.com/myverizon

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number: ████████████
Pay online at verizon.com/PayOnline

| | |
|---|---|
| **Auto Pay Amount:** | $39.99  031621 |

Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA
████████████████
NEW YORK NY 10280-1408
NEW YORK NY 10280-1408

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

V 5  ██████████████    0000000000  00000039990

**WYATT TROIA**
Account Number: ▓▓▓▓▓▓▓▓▓
Bill Date:   March 16, 2021

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

### Discounts This Month          -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## In-Home Agent

In-Home Agent is a comput-er-based application that provides fast, easy solutions to common questions. It gives you 24/7 technical support at the click of your mouse! Visit verizon.com/inhomeagent for details.



 **Frequently Asked Questions**

**How can I review my bill in more detail?**
Review your bill at verizon.com/billview. Select 'View Details'.

**How do I sign up for paper free billing?**
You can enroll in paper free billing at verizon.com/PaperFree.

**If a credit or adjustment is applied, where do I find this on my bill?**
Credits and Adjustments are located on page 3 of your bill. It may take up to two billing cycles for credits to be applied to your account and appear on your bill. You can also visit verizon.com/BillView. Select 'History' and then 'Payment History'. You will see options for active investigations and any credits granted.

**WYATT TROIA**
Account Number:
**Bill Date:  March 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 3/8 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 300 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay Discount | -10.00 | |
| **Subtotal** | **$39.99** | 3/17 - 4/16 |

Equipment and additional services to personalize your Fios service.

**Total Due**            **$39.99**

**WYATT TROIA**
Account Number: ████████████
**Bill Date:  March 16, 2021**

 **Important**

### Disney+ subscription rate change
The Disney Corporation recently announced that effective March 26, 2021, the cost of a monthly Disney+ subscription will change from $6.99 to $7.99 per month. If you currently subscribe to Disney+ and are in a promotional period, the rate change will take effect after your promotion has ended. Please note this notice does not apply to multi-year or annual subscriptions purchased directly from Disney. Please visit Verizon.com/myaccount to review your Disney+ subscription details.

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge
To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Apr 16, 2021.

### Service Providers
Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions
- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number: ▓▓▓▓▓▓▓▓
**Bill Date:  April 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

**You're enrolled in auto pay:**

# $39.99

**Auto pay date May 7**

## ⤴ This month's charges

Services, Equipment & Discounts                    $39.99

**Total Due by May 11**                              **$39.99**

## 🔖 Offers & benefits

**Easy online access**

Take the stress and hassle out of paying your Verizon bill. Sign up for auto-pay and manage your account online on your own time. Plus, you can sign up for paper-free billing at verizon.com/myverizon

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number: ▓▓▓▓▓▓▓▓
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**                    $39.99  041621
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA
▓▓▓▓▓▓▓▓
NEW YORK NY 10280−1408
NEW YORK NY 10280−1408

|ııılllıııılılıldılıdılıııılılıdılıdlııdılıdılılııdılıdılılll

V 5   ▓▓▓▓▓▓▓▓   0000000000000  000000039990

**WYATT TROIA**
Account Number:
**Bill Date:   April 16, 2021**

## Your Discounts

| | Price | Your Discounts | Amount You Pay | | Discount Details |
|---|---|---|---|---|---|
| **Services & Equipment Discounts** | | | | | |
| Auto-Pay Discount | | -10.00 | | | $10 Internet discount has no current expiration. |

### Discounts This Month                    -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## My Verizon

Managing your Verizon services is easy with My Verizon. You can add or change services, review and pay your bill, update your email address, create sub-accounts and more. Register at verizon.com/ myverizon to get started.



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 **Frequently Asked Questions**

**Why does my bill fluctuate?**

Your bill amount fluctuates when you:
- Request a change to your service
- Purchase or rent movies
- Use directory assistance
- Make calls outside of your calling plan
- Receive a promotional credit
- Lose a promotional credit
- Receive a price change

**How can I request a duplicate bill?**

Duplicate bills can be downloaded and printed at verizon.com/billview.

**What is the balance that I currently owe?**

You can review your most current balance information by using the My Fios app (works for non-Fios customers too) or online at verizon.com/BillView.

**WYATT TROIA**
Account Number:
**Bill Date:  April 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 4/7 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 300 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay Discount | -10.00 | |
| **Subtotal** | **$39.99** | 4/17 - 5/16 |

Equipment and additional services to personalize your Fios service.

| **Total Due** | **$39.99** |
|---|---|

**WYATT TROIA**
Account Number:
**Bill Date: April 16, 2021**

 **Important**

**Important Information Regarding Telecommunications Relay Service (TRS)**
TRS provides an operator to telephone users who use text telephones (TTY) or web capable devices (WCD) because they are deaf, hard of hearing, or speech disabled. From payphones, TRS local calls are free; toll calls must be billed to calling cards, prepaid cards (PPC), collect or third-party billing. PPC information is available online at fcc.gov/consumers/guides/prepaid-phone-cards-what-consumers-should-know.

TRS is provided 24 hours a day, 365 days per year with no time limits. For further information call your state TRS Provider, visit the FCC's TRS web site at fcc.gov/consumers/guides/telecommunications-relay-service-trs, or read the explanation available in telephone books. Available TRS methods are explained below.

To call a TTY user, dial TRS at 711. A Communications Assistant (CA) will place your call and type your spoken words for the TTY user. The CA will read to you the messages the TTY user sends you. Calls are private, confidential and uncensored. While there is no charge to TRS users for TTY, regular phone charges do apply.

Speech-to-Speech Service (STS) is another form of TRS available by calling 711. The CA can assume an active or passive role in repeating the conversation and follows the same guidelines as with TTY calls.

IP Relay Service is a form of TRS which relays calls from a WCD. A CA follows the TTY call guidelines. Information on IP Relay is available at fcc.gov/consumers/guides/ip-relay-service.

Video Relay Service (VRS) relays calls for those using sign language. VRS information is available at fcc.gov/consumers/guides/video-relay-services.

Some TRS providers offer Captioned Telephone Service (CTS) which is accessed with a captioned telephone and available for persons with some residual hearing. Also available is IP Captioned Telephone Service (IP CTS) which combines elements of captioned telephone service and IP Relay. Information on IP CTS is available at fcc.gov/consumers/guides/internet-protocol-ip-captioned-telephone-service.

**Be Prepared for a Power Outage**
It pays to use a corded phone. Did you know that during a power outage, a corded telephone can continue to provide phone service where a cordless phone might not? (A corded phone has a handset that is directly wired to the base.) That's because a corded phone doesn't usually need to be plugged into an electrical outlet in order to work. Depending on the service you subscribe to, your corded phones may get power directly through Verizon telephone lines. If you are a Verizon Fios (fiber optic service) customer or a Verizon Voice Link (utilizes wireless technology) customer and have an on-premise battery back-up unit, your unit will provide power for a period of time in the event of a power outage.

It's a smart idea to keep at least one corded phone in your home and business. That way, if electrical power is lost, you may still be able to make and receive phone calls. A corded phone is also the better choice to protect your privacy when providing credit card information or other sensitive data over the telephone. It's technically possible to intercept conversations or information entered on a cordless phone by using anything from a sophisticated eaves-dropping device to a simple baby monitor. Using a corded phone can help protect your financial information and reduce the risk of identity fraud.

If you have trouble with your Verizon service, report your service issue to Verizon at 1.800.Verizon (1.800.837.4966) or visit verizon.com/support.

**Verizon Lifeline Service Discounted Telephone Service for Income-Eligible Customers**
Lifeline is a government assistance program that is supported by the New York Public Service Commission and the Federal Communications Commission. Verizon New York Inc. ("Verizon") offers the following Lifeline supported services as an Eligible Telecommunications Carrier:
- Message Rate Service: $1.00 per month plus regular rates for each call made or optional service requested
- Flat Rate Service: $2.00 per month plus monthly local usage charge of $7.20
- Broadband (Internet) Service: $9.25 monthly discount

In addition, Verizon does not impose the Federal Subscriber Line Charge ($6.50) on Lifeline customers.

Only eligible consumers may enroll in the program. You may qualify for Lifeline service if you have:
- Documentation that you participate in one of the following programs: Bureau of Indian Affairs (BIA) General Assistance, Family Assistance, Food Distribution Program (Tribal Land residents only), Head Start (Tribal Land residents only), Home Energy Assistance Program (HEAP), Medicaid, National School Lunch Program (free lunch program only), Safety Net Assistance, Section 8 - Federal Public Housing Assistance, SNAP (Supplemental Nutrition Assistance Program, formerly known as Food Stamps), Supplemental Security Income (SSI), Temporary Assistance for Needy Families, Veteran's Disability Pension (non-service related), Veteran's Surviving Spouse Pension (non-service related); or
- Documentation that your annual income is at or below 135% of the Federal Poverty Guideline.

Verizon also provides Lifeline Service to residents on federally recognized Tribal lands who meet Native American criteria. Residents on federally recognized Tribal lands who qualify for Lifeline are eligible for up to $100 in Link-Up installation credits to establish service.

In addition, Lifeline is limited to one discount per household on either wireline, wireless, or broadband (internet) service. Therefore, you are required to certify and agree that no other member of the household is receiving Lifeline service from Verizon or another communications provider.

Lifeline service is a non-transferable benefit. Consumers who willfully make false statements in order to obtain the benefit can be punished by fine or imprisonment or may be barred from the program.

You must meet certain eligibility requirements in New York in order to qualify for Lifeline Service. An application for Verizon Lifeline Service can be obtained by contacting Verizon at verizon.com/lifeline or by phone at 1.800.Verizon (1.800.837.4966).

**WYATT TROIA**
Account Number:
**Bill Date:  April 16, 2021**

• Via the My Fios app
• Online at verizon.com/PayOnline

To find out more information, you may call the Universal Service Administration Company (USAC), which administers Lifeline for the FCC, by calling 1.888.641.8722 or by accessing their website at usac.org/lifeline.

All rates, terms and conditions included in this notice are subject to change and are current at the time of printing.

# Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

• Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

• Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge
To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before May 17, 2021.

### Service Providers
Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions
• Visit verizon.com/Support
• 1.800.Verizon (1.800.837.4966)
• Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number: ▓▓▓▓▓▓▓▓▓▓
**Bill Date:  May 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

**You're enrolled in auto pay:**

# $39.99

**Auto pay date Jun 7**

## ⬆ This month's charges

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by June 10** | **$39.99** |

## 🔒 Offers & benefits

**Moving made easy**

Verizon makes it easy to take your service with you. Feel right at home faster with flexible install times that fit your schedule. Call 1.866.VZ.MOVES or visit verizon.com/move.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number ▓▓▓▓▓▓▓▓▓▓
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**                    $39.99  051621
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA ▓▓▓▓▓▓▓▓

NEW YORK NY 10280-1408
NEW YORK NY 10280-1408

|ıııIIIııııIIıIIıIIııııIIıIIIıIIııIIıIIıIııIııIıIIIII

V 5   ▓▓▓▓▓▓▓▓▓▓   0000000000  0000000039990

**WYATT TROIA**
Account Number:
Bill Date: May 16, 2021

# Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay and Paper Free Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

## Discounts This Month          -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Fios Fast Facts

## Test Your Internet Speed

Put your Fios Internet connection to the test! Learn about the speed range of your Fios service by visiting verizon.com/checkyourspeed.



 **Frequently Asked Questions**

**How can I make a payment arrangement?**

You can use the My Fios app or verizon.com/PayBill.

**How do I verify and update my email address?**

You can verify or update your email address by visiting us at verizon.com/MyVerizon. Select 'Profile' then 'My Profile'.

**What are the Taxes, Surcharges, and Fees on my bill?**

Your bill includes federal, state and local taxes, governmental surcharges and fees as well as Verizon surcharges and fees. These charges vary depending on what products and services you have and in which state you use these products and services. For more information go to verizon.com/TaxesAndFees.

**WYATT TROIA**
Account Number:
**Bill Date:  May 16, 2021**

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 5/7 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 300 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay and Paper Free Discount | -10.00 | |
| **Subtotal** | **$39.99** | 5/17 - 6/16 |

Equipment and additional services to personalize your Fios service.

**Total Due**          **$39.99**

**WYATT TROIA**
Account Number:
**Bill Date:  May 16, 2021**

 **Important**

**New Verizon Customer Agreement**
Please review new Fios Service Terms:
https://www.verizon.com/about/Verizon-Customer-Agreement-Int-TV-Voice-Prepaid.pdf

## Customer Notices

**Your Choices to Limit Use and Sharing of Information for Marketing**
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

**Late Payment Charge**
To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Jun 16, 2021.

**Service Providers**
Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

**Questions**
- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

**Bankruptcy Information**
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number: ▮▮▮▮▮▮▮▮▮
**Bill Date:   June 16, 2021**

• Via the My Fios app
• Online at verizon.com/PayOnline

## You're enrolled in auto pay:

# $39.99

**Auto pay date Jul 7**

## This month's charges

Services, Equipment & Discounts        $39.99
_____
**Total Due by July 11**                    **$39.99**

## Offers & benefits

### Moving made easy

Verizon makes it easy to take your service with you. Feel right at home faster with flexible install times that fit your schedule. Call 1.866.VZ.MOVES or visit verizon.com/move.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number: ▮▮▮▮▮▮▮▮▮
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**                    $39.99   **061621**

Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA
▮▮▮▮▮▮▮▮▮▮▮▮▮
NEW YORK NY 10280-1408
NEW YORK NY 10280-1408

|..||||...||.||.||...||.||.||.|.|.|.|.|..|..||

V 5   ▮▮▮▮▮▮▮▮▮▮   0000000000   0000000039990

**WYATT TROIA**
Account Number:
Bill Date:   June 16, 2021

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay and Paper Free Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

### Discounts This Month          -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## In-Home Agent

In-Home Agent is a comput-er-based application that provides fast, easy solutions to common questions. It gives you 24/7 technical support at the click of your mouse! Visit verizon.com/inhomeagent for details.



 **Frequently Asked Questions**

**How can I review my bill in more detail?**
Review your bill at verizon.com/billview. Select 'View Details'.

**How do I sign up for paper free billing?**
You can enroll in paper free billing at verizon.com/PaperFree.

**If a credit or adjustment is applied, where do I find this on my bill?**
Credits and Adjustments are located on page 3 of your bill. It may take up to two billing cycles for credits to be applied to your account and appear on your bill. You can also visit verizon.com/BillView. Select 'History' and then 'Payment History'. You will see options for active investigations and any credits granted.

**WYATT TROIA**
Account Number:
**Bill Date:  June 16, 2021**

**Ways to pay**

• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | |
|---|---|
| Previous Balance | 39.99 |
| Payment Received - Thank You | -39.99 |   6/7 |
| **Balance Forward** | **$.00** |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | |
|---|---|
| **Services** | |
| Fios Home Internet: 300 Mbps | 49.99 |
| **Discounts** | |
| Auto-Pay and Paper Free Discount | -10.00 |
| **Subtotal** | **$39.99**   6/17 - 7/16 |

Equipment and additional services to personalize your Fios service.

**Total Due**               **$39.99**

**WYATT TROIA**
Account Number:
**Bill Date:   June 16, 2021**

 **Important**

### New Verizon Customer Agreement
Please review new Fios Service Terms:
https://www.verizon.com/about/Verizon-Customer-Agreement-Int-TV-Voice-Prepaid.pdf

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge
To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Jul 17, 2021.

### Service Providers
Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long

distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions
- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number: ▓▓▓▓▓▓▓▓▓
**Bill Date:   July 16, 2021**

**Ways to pay**

• Via the My Fios app
• Online at verizon.com/PayOnline

**You're enrolled in auto pay:**

# $39.99

**Auto pay date Aug 7**

## ⬆ This month's charges

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by August 10** | **$39.99** |

## 🔖 Offers & benefits

### Moving made easy

Verizon makes it easy to take your service with you. Feel right at home faster with flexible install times that fit your schedule. Call 1.866.VZ.MOVES or visit verizon.com/move.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number: ▓▓▓▓▓▓▓▓
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**                    $39.99  071621
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA
▓▓▓▓▓▓▓▓▓
NEW YORK NY 10280−1408
NEW YORK NY 10280−1408

|ıııllllıııılllılıllıııılllılıllllıılılılılııllıılll

V 5   ▓▓▓▓▓▓▓▓   0000000000000  000000039990

**WYATT TROIA**
Account Number: ▓▓▓▓▓▓▓▓
Bill Date:  July 16, 2021

# Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay and Paper Free Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

## Discounts This Month          -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## My Verizon

Managing your Verizon services is easy with My Verizon. You can add or change services, review and pay your bill, update your email address, create sub-accounts and more. Register at verizon.com/myverizon to get started.



 **Frequently Asked Questions**

**Why does my bill fluctuate?**

Your bill amount fluctuates when you:
- Request a change to your service
- Purchase or rent movies
- Use directory assistance
- Make calls outside of your calling plan
- Receive a promotional credit
- Lose a promotional credit
- Receive a price change

**How can I request a duplicate bill?**

Duplicate bills can be downloaded and printed at verizon.com/billview.

**What is the balance that I currently owe?**

You can review your most current balance information by using the My Fios app (works for non-Fios customers too) or online at verizon.com/BillView.

**WYATT TROIA**

Account Number:

**Bill Date:   July 16, 2021**

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 7/7 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 300 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay and Paper Free Discount | -10.00 | |
| **Subtotal** | **$39.99** | 7/17 - 8/16 |

Equipment and additional services to personalize your Fios service.

**Total Due**          **$39.99**

**WYATT TROIA**
Account Number: ███████████
**Bill Date:  July 16, 2021**

 **Important**

**New Verizon Customer Agreement**
Please review new Fios Service Terms:
https://www.verizon.com/about/Verizon-Customer-Agreement-Int-TV-Voice-Prepaid.pdf

## Customer Notices

**Your Choices to Limit Use and Sharing of Information for Marketing**
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

**Late Payment Charge**
To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Aug 16, 2021.

**Service Providers**
Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

**Questions**
- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

**Bankruptcy Information**
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number: █████████████

**Bill Date:  August 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

**You're enrolled in auto pay:**

# $39.99

**Auto pay date Sep 7**

⬆ **This month's charges**

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by September 10** | **$39.99** |

🏷 **Offers & benefits**

**Shop accessories**

Find the latest deals on smart home, audio, and more at Verizon. Shop with ease and add the purchase to your bill. Check it all out at verizon.com/home/accessories

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Account Number: ████████████████
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**                $39.99  081621
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA
████████████████
NEW YORK NY 10280-1408
NEW YORK NY 10280-1408

|ıuıllllıuıllıılıllıuıulllıılllıllıılıllıuılıllııllllll

V 5   ████████████████   0000000000   00000003999O

**WYATT TROIA**
Account Number:
Bill Date:   August 16, 2021

# Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay and Paper Free Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

### Discounts This Month                    **-$10.00**

Discounts have been applied to the Total Due shown on page 1.

# Fios Fast Facts

## Test Your Internet Speed

Put your Fios Internet connection to the test! Learn about the speed range of your Fios service by visiting verizon.com/checkyourspeed.



 ## Frequently Asked Questions

**How can I make a payment arrangement?**
You can use the My Fios app or verizon.com/PayBill.

**How do I verify and update my email address?**
You can verify or update your email address by visiting us at verizon.com/MyVerizon. Select 'Profile' then 'My Profile'.

**What are the Taxes, Surcharges, and Fees on my bill?**
Your bill includes federal, state and local taxes, governmental surcharges and fees as well as Verizon surcharges and fees. These charges vary depending on what products and services you have and in which state you use these products and services. For more information go to verizon.com/TaxesAndFees.

**WYATT TROIA**

Account Number:

**Bill Date:   August 16, 2021**

**Ways to pay**

• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 8/9 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 300 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay and Paper Free Discount | -10.00 | |
| **Subtotal** | **$39.99** | 8/17 - 9/16 |

Equipment and additional services to personalize your Fios service.

**Total Due**                    **$39.99**

WYATT TROIA
Account Number: ▮▮▮▮▮▮▮▮
Bill Date:  August 16, 2021

 **Important**

### Notice to NY Residential Customers

This notice is to make you aware of certain provisions of a new law affecting your Verizon telephone service ("Service") including regulated landline telephone service, cable television service, Internet service, or Fios Digital Voice service ("Services"). This law was enacted in response to the State Disaster Emergency declared by Governor Cuomo in response to the COVID-19 pandemic (the "Emergency"). The Emergency began on March 7, 2020, and was ended by an Executive Order on June 24, 2021.

During the Emergency, (or from May 11, 2021 through June 24, 2021 for cable television, Internet, or Fios Digital Voice service), the law prevented Services from being terminated or disconnected for non-payment. If any Service was inadvertently terminated or disconnected for non-payment during this period, we will restore the Service at your request. You can request reconnection at 1.800.VERIZON (1-800.837.4966).

For a 180-day period after the end of the Emergency - that is, from June 25, 2021 through December 21, 2021 - we will not terminate or disconnect your Service because of non-payment of past-due amounts, if you have experienced a change in financial circumstances due to the Emergency. You will need to contact us to let us know about your change in circumstances if you have not already done so. You can call us at 800.837.4966.

Further, in such cases, you may enter into a Deferred Payment Agreement that will allow you to pay your past-due bills over time, without requiring a down payment, late fee, or penalties. Such an agreement can be tailored to reflect your ability to pay. Please contact us at 800.837.4966 to discuss the details of such an Agreement. You are not required to accept a Deferred Payment Agreement in order to be protected from disconnection or termination for non-payment.

These protections apply only to disconnection for non-payment. They do not protect customers from disconnection for other causes. Also, while your Service will not be disconnected for nonpayment, premium features and/or levels of service may be subject to adjustment.

These new emergency measures are temporary; normal payment and collection practices will resume after the protections expire.

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing

You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge

To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Sep 16, 2021.

### Service Providers

Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions

- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number:
**Bill Date: September 16, 2021**

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

## You're enrolled in auto pay:

# $39.99

**Auto pay date Oct 7**

---

### This month's charges

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by October 11** | **$39.99** |

### Offers & benefits

**Find accessory deals**

Make sure your home is ready with the tech you need. Find the latest deals on smart home and audio accessories and more at the online Verizon accessories store. Add any purchases to your bill to make shopping easy. Check it all out at verizon.com/home/accessories.

---

Account Number:
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**          $39.99   091621
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA

NEW YORK NY 10280-1408
NEW YORK NY 10280-1408

V 5          0000000000   000000039990

**WYATT TROIA**
Account Number:
**Bill Date:   September 16, 2021**

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay and Paper Free Discount | | -10.00 | |

**Discount Details**
$10 Internet discount has no current expiration.

### Discounts This Month    -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## In-Home Agent

In-Home Agent is a comput-er-based application that provides fast, easy solutions to common questions. It gives you 24/7 technical support at the click of your mouse! Visit verizon.com/inhomeagent for details.



 **Frequently Asked Questions**

**How can I review my bill in more detail?**
Review your bill at verizon.com/billview. Select 'View Details'.

**How do I sign up for paper free billing?**
You can enroll in paper free billing at verizon.com/PaperFree.

**If a credit or adjustment is applied, where do I find this on my bill?**
Credits and Adjustments are located on page 3 of your bill. It may take up to two billing cycles for credits to be applied to your account and appear on your bill. You can also visit verizon.com/BillView. Select 'History' and then 'Payment History'. You will see options for active investigations and any credits granted.

**WYATT TROIA**
Account Number:
**Bill Date: September 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 9/7 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 300 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay and Paper Free Discount | -10.00 | |
| **Subtotal** | **$39.99** | 9/17 - 10/16 |

Equipment and additional services to personalize your Fios service.

**Total Due**            **$39.99**

**WYATT TROIA**
Account Number:
**Bill Date:   September 16, 2021**



## Offers & benefits

### Verizon Smart Display
The Verizon Smart Display provides step by step instructions on setting up your Fios Broadband equipment. Post setup, Verizon Smart Display can be used to help with technical support issues, billing inquiries, or to answer general account questions all via the Wake Word "Hi Verizon.

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge
To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Oct 17, 2021.

### Service Providers
Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions
- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number:
**Bill Date:  October 16, 2021**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## You're enrolled in auto pay:

# $39.99

**Auto pay date Nov 7**

### This month's charges

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by November 10** | **$39.99** |

### Offers & benefits

**Find accessory deals**

Make sure your home is ready with the tech you need. Find the latest deals on smart home and audio accessories and more at the online Verizon accessories store. Add any purchases to your bill to make shopping easy. Check it all out at m.myfios.com/home-accessories

---

Account Number:
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**          $39.99  101621
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA

NEW YORK NY 10280-1408
NEW YORK NY 10280-1408

|ıııllllıuıılıllıllıllıuııllıllııllıllıllıllıllııllıllll

V 5                                0000000000  000000039990

**WYATT TROIA**
Account Number:
Bill Date:   October 16, 2021

## Your Discounts

|  | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay and Paper Free Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

### Discounts This Month         -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## My Verizon

Managing your Verizon services is easy with My Verizon. You can add or change services, review and pay your bill, update your email address, create sub-accounts and more. Register at verizon.com/myverizon to get started.



---

 **Frequently Asked Questions**

**Why does my bill fluctuate?**

Your bill amount fluctuates when you:

- Request a change to your service
- Purchase or rent movies
- Use directory assistance
- Make calls outside of your calling plan
- Receive a promotional credit
- Lose a promotional credit
- Receive a price change

**How can I request a duplicate bill?**

Duplicate bills can be downloaded and printed at verizon.com/billview.

**What is the balance that I currently owe?**

You can review your most current balance information by using the My Fios app (works for non-Fios customers too) or online at verizon.com/BillView.

**WYATT TROIA**
Account Number:
**Bill Date:  October 16, 2021**

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 10/7 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 300 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay and Paper Free Discount | -10.00 | |
| **Subtotal** | **$39.99** | 10/17 - 11/16 |

Equipment and additional services to personalize your Fios service.

| **Total Due** | **$39.99** |
|---|---|

**WYATT TROIA**
Account Number: ⬛⬛⬛⬛⬛⬛
**Bill Date:   October 16, 2021**

 **Important**

### Call Before You Dig - It's the Law
Whether you're laying a foundation for a building or planting a tree, you must first check for the existence of underground utility lines and cables. If you or your contractor disrupts any of these lines, the results can be dangerous - and costly - to everyone.

Call before you dig, toll-free, 1.800.272.4480 (in New York City and Long Island) or 1.800.962.7962 (in all other areas of the state) or 811 from anywhere in the state.

### Be Prepared for a Power Outage
It pays to use a corded phone. Did you know that during a power outage, a corded telephone can continue to provide phone service where a cordless phone might not? (A corded phone has a handset that is directly wired to the base.) That's because a corded phone doesn't usually need to be plugged into an electrical outlet in order to work. Depending on the service you subscribe to, your corded phones may get power directly through Verizon telephone lines. If you are a Verizon Fios (fiber optic service) customer or a Verizon Voice Link (utilizes wireless technology) customer and have an on-premise battery back-up unit, your unit will provide power for a period of time in the event of a power outage.

It's a smart idea to keep at least one corded phone in your home and business. That way, if electrical power is lost, you may still be able to make and receive phone calls. A corded phone is also the better choice to protect your privacy when providing credit card information or other sensitive data over the telephone. It's technically possible to intercept conversations or information entered on a cordless phone by using anything from a sophisticated eaves-dropping device to a simple baby monitor. Using a corded phone can help protect your financial information and reduce the risk of identity fraud.

If you have trouble with your Verizon service, report your service issue to Verizon at 1.800.Verizon (1.800.837.4966) or visit Verizon.com/support.

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge
To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Nov 16, 2021.

### Service Providers
Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions
- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number:
**Bill Date: November 16, 2020**

Ways to pay
• Via the My Fios app
• Online at verizon.com/PayOnline

## You're enrolled in auto pay:

# $39.99

**Auto pay date Dec 7**

---

🔔 **What changed?**
**Reminder:**
• You are qualified for the Disney+ 12-month free promotion. To activate this promotion please log into https://myverizon.com before the promotion period ends on 8/31. You will be charged $6.99/month for Disney+ at the end of your promotional period unless you cancel the service.

---

## ⬆ This month's charges

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by December 11** | **$39.99** |

---

Account Number:
Pay online at verizon.com/PayOnline

**Auto Pay Amount:** $39.99  111620
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA

NEW YORK NY 10280−1408
NEW YORK NY 10280−1408

V 5                    0000000000    00000039990

**WYATT TROIA**
Account Number:
**Bill Date: November 16, 2020**

**Simplify security**

Want fewer passwords, more security?
Sign in with ZenKey on the My Fios app.
Learn more at myzenkey.com/download.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

### Discounts This Month          -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## In-Home Agent

In-Home Agent is a comput-er-based application that provides fast, easy solutions to common questions. It gives you 24/7 technical support at the click of your mouse! Visit verizon.com/inhomeagent for details.



## Customize sports

Create the ultimate fan experience by customizing your own Sports guide in the Fios TV app to easily follow your favorite teams and sports. See all your live sports options on one screen. Watch or record for later. Download the Fios TV app today.

 **Frequently Asked Questions**

**What is the balance that I currently owe?**
You can review your most current balance information by using the My Fios app (works for non-Fios customers too) or online at verizon.com/BillView.

**How do I sign up for paper free billing?**
You can enroll in paper free billing at verizon.com/PaperFree.

**How can I make a payment arrangement?**
You can use the My Fios app or verizon.com/PayBill.

**WYATT TROIA**
Account Number: ▮▮▮▮▮▮▮▮
**Bill Date: November 16, 2020**

• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---|---|
| Previous Balance | 39.99 | |
| Payment Received - Thank You | -39.99 | 11/9 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---|---|
| **Services** | | |
| Fios Home Internet: 200 Mbps | 49.99 | |
| **Discounts** | | |
| Auto-Pay Discount | -10.00 | |
| **Subtotal** | **$39.99** | 11/17 - 12/16 |

Equipment and additional services to personalize your Fios service.

| **Total Due** | **$39.99** |
|---|---|

**WYATT TROIA**
Account Number:
**Bill Date:   November 16, 2020**

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing

You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

* Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

* Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge

To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Dec 17, 2020.

### Service Providers

Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions

* Visit verizon.com/Support
* 1.800.Verizon (1.800.837.4966)
* Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**WYATT TROIA**
Account Number: ▮▮▮▮▮▮▮▮▮
**Bill Date:  December 16, 2020**

**Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

You're enrolled in auto pay:

# $39.99

**Auto pay date Jan 7**

🔔 **What changed?**
**Reminder:**
• You are qualified for the Disney+ 12-month free promotion. To activate this promotion please log into https://myverizon.com before the promotion period ends on 8/31. You will be charged $6.99/month for Disney+ at the end of your promotional period unless you cancel the service.

⬆️ **This month's charges**

| | |
|---|---|
| Services, Equipment & Discounts | $39.99 |
| **Total Due by January 10** | **$39.99** |

📋 **Offers & benefits**

**Happy Holidays**
We truly appreciate having you as a customer. We wish you and your family a joyful holiday season.

---

Account Number: ▮▮▮▮▮▮▮▮▮
Pay online at verizon.com/PayOnline

**Auto Pay Amount:**                  $39.99  121620
Auto Pay Scheduled - Do Not Send Payment

WYATT TROIA ▮▮▮▮▮▮▮▮

NEW YORK NY 10280-1408
NEW YORK NY 10280-1408

||..||||....||.||.|||.||....||.||.|||.|||.|||.|||.|...|..||.||||

V 5  ▮▮▮▮▮▮▮▮    0000000000  00000039990

**WYATT TROIA**
Account Number:
**Bill Date:  December 16, 2020**

**Enroll in AutoPay**

When you sign up for Auto Pay, you can ensure your payment is on time each month. Enroll online at myverizon.com.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Services & Equipment Discounts** | | | |
| Auto-Pay Discount | | -10.00 | |

**Discount Details**

$10 Internet discount has no current expiration.

## Discounts This Month          -$10.00

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## In-Home Agent

In-Home Agent is a computer-based application that provides fast, easy solutions to common questions. It gives you 24/7 technical support at the click of your mouse! Visit verizon.com/inhomeagent for details.



## Customize sports

Create the ultimate fan experience by customizing your own Sports guide in the Fios TV app to easily follow your favorite teams and sports. Get game reminders and see all your live sports options on one screen. Watch or record for later. Download the Fios TV app today.

 **Frequently Asked Questions**

**How can I review my bill in more detail?**
Review your bill at verizon.com/billview. Select 'View Details'.

**How do I sign up for paper free billing?**
You can enroll in paper free billing at verizon.com/PaperFree.

**If a credit or adjustment is applied, where do I find this on my bill?**
Credits and Adjustments are located on page 3 of your bill. It may take up to two billing cycles for credits to be applied to your account and appear on your bill. You can also visit verizon.com/BillView. Select 'History' and then 'Payment History'. You will see options for active investigations and any credits granted.

**WYATT TROIA**
Account Number:
**Bill Date:  December 16, 2020**

**Ways to pay**

• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | |
|---|---|
| Previous Balance | 39.99 |
| Payment Received - Thank You | -39.99    12/7 |
| **Balance Forward** | **$.00** |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | |
|---|---|
| **Services** | |
| Fios Home Internet: 200 Mbps | 49.99 |
| **Discounts** | |
| Auto-Pay Discount | -10.00 |
| **Subtotal** | **$39.99**    12/17 - 1/16 |

Equipment and additional services to personalize your Fios service.

**Total Due**                     **$39.99**

## Customer Notices

### Your Choices to Limit Use and Sharing of Information for Marketing

You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

### Electronic Fund Transfer (EFT)

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

### Late Payment Charge

To avoid a late payment charge of $9 or 1.5% of your total due, whichever is greater, full payment must be received before Jan 16, 2021.

### Service Providers

Verizon NY provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

### Questions

- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.