Wyatt Troia <mrwnt10@gmail.com>

---

# LoanStreet Offer Materials
10 messages

---

**Thaddeus Pitney** <thad.pitney@loan-street.com>  Thu, Feb 28, 2019 at 5:25 PM
To: mrwnt10@gmail.com
Cc: Ian Lampl <ian.lampl@loan-street.com>, Christopher Wu <chris.wu@loan-street.com>, Alyssa Guttman <alyssa.guttman@loan-street.com>

Hi Wyatt,

We're excited for you to join the team. There is a lot of interesting work to do, and we need motivated, smart people to help us do it! As discussed, attached is a formal offer letter and our standard NDIAA, which is signed by all employees.  Please sign and return both of these documents to us as soon as possible.  Please also confirm your expected start date so we can make sure you're set up in our systems.

In addition, attached for your reference is some information about the benefits LoanStreet offers. In addition, I understand you were interested in LoanStreet's current authorized shares for the purpose of calculating your options.  Currently, LoanStreet has 1,761,532 authorized shares of common stock.

We are available to answer questions as needed. Just give Ian, Chris, Alyssa or me a ring.

All the best,
Thad



**Thad Pitney | Head of Finance & Ops / General Counsel**
thad.pitney@loan-street.com | 646.780.0918
**LoanStreet Inc.**
https://www.loan-street.com

---

**11 attachments**

- **LoanStreet Offer Letter - Wyatt.pdf**
  197K
- **LoanStreet Employee NDIAA - Wyatt.pdf**
  897K
- **justworks-metlife-vision-Vision-2018-0aa26caa1298efbd938d43253dd4dc9e2d6c7ea6169cdbcc0a8e44795826c052.pdf**
  190K
- **justworks-aetna-vision-Vision-2018-d63ec5f111d8ed0fb1a951923168a55627b89aa6e5d877e6114eaec9aa26b9b9.pdf**
  203K
- **Benefits Rates for 2019.pdf**
  73K
- **justworks-metlife-dental-Dental_PPO_plus-2018-94a185ca9ad8264523680c95a567476600042a57dc77ad71b1299f948a5a7939.pdf**
  212K
- **justworks-aetna-medical-G1-2018-441ced6f808f6e8282298b2b6f0299befed4390b28163824f071a470d17cd57f.pdf**
  160K
- **justworks-aetna-dental-Dental_DMO-2018-64c4ae2914dd8fea639f24ed1fc99d0018e63f1e889c98e3399cd546e897b298.pdf**
  343K
- **justworks-aetna-medical-C3-2018-77edfde1dd142b02688fbb9606457bfad8c10b924b43eff99cec6d973cbe72b9.pdf**
  166K
- **justworks-aetna-medical-B3-2018-191121a52920ac09b1cb63e3769b2896c05c4afaf9e00d4f9e5ccdddb9d7ff87.pdf**
  132K
- **justworks-aetna-medical-A3-2018-1af4fc87c1e44a09763e7a7f7e4c83f168f4b3df64c0fbaf63eea68712bf0dcc.pdf**
  140K

---

**Wyatt Troia** <mrwnt10@gmail.com>  Fri, Mar 1, 2019 at 12:02 PM
Reply-To: mrwnt10@gmail.com
To: Thaddeus Pitney <thad.pitney@loan-street.com>

Cc: Ian Lampl <ian.lampl@loan-street.com>, Christopher Wu <chris.wu@loan-street.com>, Alyssa Guttman <alyssa.guttman@loan-street.com>

Hi Thad,

Thank you so much! I came away from the interviews feeling that there was a great fit, and I'm glad the team agreed.

I plan to take some time to review these documents and chat with some of my mentors. On the phone yesterday, Alyssa and I discussed me responding to the offer by the end of next week (3/8). I'd just like to confirm that that will still be ok, as I see in the offer letter an expiration date of 3/6.

Also, I want to confirm that the NDIAA document is the correct one. The offer letter and the NDIAA look like they may be the same document?

Finally, 3/18 works as a start date for me!

Wyatt

[Quoted text hidden]

---

**Thaddeus Pitney** <thad.pitney@loan-street.com>  Fri, Mar 1, 2019 at 12:09 PM
To: Wyatt Troia <mrwnt10@gmail.com>
Cc: Ian Lampl <ian.lampl@loan-street.com>, Christopher Wu <chris.wu@loan-street.com>, Alyssa Guttman <alyssa.guttman@loan-street.com>

Hi Wyatt,

Thanks for following up.  Yes, responding by 3/8 is fine.

Apologies for the confusion on the NDIAA, attached is the correct version.

As you review the materials and discuss with your mentors, if there are additional questions that we can answer, please do not hesitate to reach out. Looking forward to hearing good news from you.

Have a great weekend.
[Quoted text hidden]
[Quoted text hidden]

📄 **LoanStreet Employee NDIAA - Wyatt.pdf**
159K

---

**Wyatt Troia** <mrwnt10@gmail.com>  Fri, Mar 1, 2019 at 12:11 PM
Reply-To: mrwnt10@gmail.com
To: Thaddeus Pitney <thad.pitney@loan-street.com>
Cc: Ian Lampl <ian.lampl@loan-street.com>, Christopher Wu <chris.wu@loan-street.com>, Alyssa Guttman <alyssa.guttman@loan-street.com>

Great, thank you!
[Quoted text hidden]

---

**Alyssa Guttman** <alyssa.guttman@loan-street.com>  Fri, Mar 1, 2019 at 12:37 PM
To: mrwnt10@gmail.com

Thanks Wyatt.  Wanted to let you know that I had very nice conversations with Alex and Renaldo about you. I have not had a chance to call your other references yet — but just wanted to get the offer out to you on the back of those calls since we all felt so good about you, and they just reinforced our instincts.  I also explained a bit about our company/your role so if you rely on them as mentors, they have a bit more color on us already...

Looking forward to hearing from you and let me know if you have any other questions along the way!

Have a great weekend,
Alyssa

Alyssa Guttman
LoanStreet
646.320.6568
Alyssa.guttman@loan-street.com
[Quoted text hidden]

---

**Wyatt Troia** <mrwnt10@gmail.com>  Fri, Mar 1, 2019 at 5:09 PM
Reply-To: mrwnt10@gmail.com
To: Alyssa Guttman <alyssa.guttman@loan-street.com>

Hi Alyssa,

Thanks for letting me know. They're two people I especially trust and respect, so it's great to hear they had good things to say and already have some background on LoanStreet.

Have a great weekend yourself!

Wyatt

[Quoted text hidden]

---

**Alyssa Guttman** <alyssa.guttman@loan-street.com>  Fri, Mar 1, 2019 at 10:14 PM
To: mrwnt10@gmail.com

That's great!  Thanks Wyatt.

Alyssa Guttman
LoanStreet
646.320.6568
Alyssa.guttman@loan-street.com

[Quoted text hidden]

---

**Wyatt Troia** <mrwnt10@gmail.com>  Mon, Mar 4, 2019 at 11:20 PM
Reply-To: mrwnt10@gmail.com
To: Thaddeus Pitney <thad.pitney@loan-street.com>
Cc: Ian Lampl <ian.lampl@loan-street.com>, Christopher Wu <chris.wu@loan-street.com>, Alyssa Guttman <alyssa.guttman@loan-street.com>

Hi Thad,

Please find attached the signed offer letter and NDIAA. I'm excited to join the team and am looking forward to getting to work on 3/18!

Wyatt

[Quoted text hidden]

**2 attachments**

 **LoanStreet Offer Letter - Wyatt.pdf**
904K

 **LoanStreet Employee NDIAA - Wyatt.pdf**
237K

---

**Thaddeus Pitney** <thad.pitney@loan-street.com>  Tue, Mar 5, 2019 at 12:43 AM
To: mrwnt10@gmail.com
Cc: Alyssa Guttman <alyssa.guttman@loan-street.com>, Christopher Wu <chris.wu@loan-street.com>, Ian Lampl <ian.lampl@loan-street.com>

Hi Wyatt,

Thanks for sending these back. We're thrilled to have you joining the team.

Chris or I will be reaching out in the coming days about onboarding in advance of your arrival.

In the meantime, if you have any questions, please reach out to anyone of us.

All the best,
Thad

[Quoted text hidden]
--
[Quoted text hidden]

---

**Alyssa Guttman** <alyssa.guttman@loan-street.com>  Tue, Mar 5, 2019 at 6:47 AM
To: mrwnt10@gmail.com
Cc: Thaddeus Pitney <thad.pitney@loan-street.com>, Ian Lampl <ian.lampl@loan-street.com>, Christopher Wu <chris.wu@loan-street.com>

Thanks Wyatt.  Congrats again!  The team is thrilled.   Have a blast in Aruba!!

Alyssa Guttman
LoanStreet
646.320.6568
Alyssa.guttman@loan-street.com

[Quoted text hidden]

    <LoanStreet Offer Letter - Wyatt.pdf>

    <LoanStreet Employee NDIAA - Wyatt.pdf>