

February 20, 2019

Mr. Wyatt Troia.

Thanks for your interest in representing Fluz Fluz LLC as the React Native Engineer as directed by the Company.  We are confident that you will represent our projects with enthusiasm and professionalism.  In this position you will be responsible to support the business in the following capacities:

- Building out front end user facing experience for Fluz Fluz mobile application
- Supporting ongoing maintenance of Fluz Fluz mobile application
- Developing new functionality within the Fluz Fluz mobile application

These job requirements are subject to expand based on the evolving nature of the business.  In this position you will report to Fluz Fluz CEO, Maurice Harary. Your first effective day of employment will be February 26, 2019 or as discussed otherwise.   Your work hours will be from 9:00 AM – 6:00 PM Monday - Friday or as discussed with your supervisor.

In this position you will be compensated $100,000 annually. The company will pay 50% of your health insurance once the company insurance plan is rolled out.  Until that time, the company will pay $350 per month to offset the cost.  You will receive a vesting compensation upon completion of each year of employment during your first three years.  Upon completion of each of your first three years of employment, you will receive a five premier seats in the Fluz Fluz global network.  Additionally, upon completion of each of your first three years of employment, you will receive 8,000 options in Fluz Fluz employee option pool.

This offer letter is not a contract of employment with Fluz Fluz LLC for any specific duration.  Your employment with Fluz Fluz LLC is "At-Will," which means that either you or Fluz Fluz LLC are free to terminate the employment relationship for any reason with a 30-day written of notice.  Fluz Fluz LLC may revise the terms and conditions of this offer up to no less than fourteen (14) days advance notice.   The full terms of employment have been outlined in our employee handbook, which will be presented to you prior to initiation with the company.

_____
Wyatt Troia                                                   Date

_____
Maurice Harary, Fluz Fluz                           Date

FLUZ FLUZ LLC. • 16 West 45th Street 7th Floor  • New York, NY 10036