Wyatt Troia <mrwnt10@gmail.com>

---

## LoanStreet Separation Materials
5 messages

---

**Thaddeus Pitney** <thad.pitney@loan-street.com>                       Fri, Jun 12, 2020 at 4:23 PM
To: Wyatt Troia <mrwnt10@gmail.com>
Cc: Larry Adams <larry.adams@loan-street.com>

Hi Wyatt,

Following the conversation with Larry this afternoon, attached are copies of the Separation Agreement and exit checklist that we reviewed.  If you could please return a signed and dated copy of the checklist to me at your earliest convenience that would be appreciated.  Please take some time to look over the Separation Agreement before returning a signed copy to me.

As discussed, we will be in touch over the next few days regarding arrangements for the return of Company property like your laptop and monitor.

You can use this link for instructions on how to change your email address in Carta.

Should you have any questions regarding any of the attached materials or the information we covered during our conversation, please let me know.

All the best,
Thad



**Thad Pitney | Head of Finance & Ops / General Counsel**
thad.pitney@loan-street.com | 646.828.9000 x103
**LoanStreet Inc.**
https://www.loan-street.com

---

**2 attachments**

 **LoanStreet Separation Checklist - Wyatt.pdf**
43K

 **LoanStreet Separation Agreement - Wyatt.pdf**
130K

---

**Wyatt Troia** <mrwnt10@gmail.com>                                      Mon, Jul 27, 2020 at 1:32 PM
Reply-To: mrwnt10@gmail.com
To: Thaddeus Pitney <thad.pitney@loan-street.com>

Thad,

How should I return the LoanStreet property?

Wyatt
[Quoted text hidden]

---

**Thaddeus Pitney** <thad.pitney@loan-street.com>                       Mon, Jul 27, 2020 at 2:20 PM
To: Wyatt Troia <mrwnt10@gmail.com>

Hi Wyatt,

Please send the laptop and peripherals (charger, keyboard, mouse, etc.) by UPS or FedEx to the following address:

LoanStreet Inc.
c/o Ian Lampl
25 Haverford Avenue
Scarsdale, NY 10583

Please send me a copy of the receipt with the tracking number and I will process the receipt for reimbursement.

Should you have any questions, please let me know.

All the best,
Thad

**Thad Pitney | Head of Finance & Ops / General Counsel**
thad.pitney@loan-street.com | 646.828.9000 x103
**LoanStreet Inc.**
https://www.loan-street.com

On Mon, Jul 27, 2020 at 1:32 PM Wyatt Troia <mrwnt10@gmail.com> wrote:
> Thad,
>
> How should I return the LoanStreet property?
>
> Wyatt
>
> [Quoted text hidden]

---

**Wyatt Troia** <mrwnt10@gmail.com>   Mon, Jul 27, 2020 at 2:34 PM
Reply-To: mrwnt10@gmail.com
To: Thaddeus Pitney <thad.pitney@loan-street.com>

Thad,

Thanks. Like LoanStreet's clients, I am unwilling to extend credit to an institution that operates in bad faith and refuses to pay its significant outstanding debt owed to me. Please let me know of an alternate method of funding shipment that does not involve me fronting any money.

Wyatt

[Quoted text hidden]

---

**Thaddeus Pitney** <thad.pitney@loan-street.com>   Mon, Jul 27, 2020 at 10:19 PM
To: Wyatt Troia <mrwnt10@gmail.com>

Hi Wyatt,

If alternative arrangements would make you more comfortable, I am happy to provide a different means for you to return the LoanStreet equipment in your possession.  I'll be in touch with next steps shortly.

All the best,
Thad



**Thad Pitney | Head of Finance & Ops / General Counsel**
thad.pitney@loan-street.com | 646.828.9000 x103
**LoanStreet Inc.**
https://www.loan-street.com

On Mon, Jul 27, 2020 at 2:34 PM Wyatt Troia <mrwnt10@gmail.com> wrote:
> Thad,
>
> Thanks. Like LoanStreet's clients, I am unwilling to extend credit to an institution that operates in bad faith and refuses to pay its significant outstanding debt owed to me. Please let me know of an alternate method of funding shipment that does not involve me fronting any money.
>
> Wyatt
>
> [Quoted text hidden]