**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**　　　　　　　　　　　　　　　　　　　　　　　(212) 805-0194
UNITED STATES DISTRICT JUDGE

January 5, 2024

Christopher Michael Gerson
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

David Dong Ann Lin
Lewis & Lin, LLC
77 Sands Street
Ste 6th Floor
Brooklyn, NY 11201

RE: **LoanStreet Inc. et al. v Troia,**
     **21-cv-6166 (NRB)**

Dear Counsel:

　　　The Court has received and considered the parties' letters of December 14, 2023 and December 19, 2023. ECF Nos. 78, 79. Having done so, the Court concludes that defendant's proposed motion under the Rogers line of cases is both untimely and would not be a productive use of the resources of the parties at this stage of the litigation.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　*/s/ Naomi Reice Buchwald*
　　　　　　　　　　　　　　　　　　　　Naomi Reice Buchwald
　　　　　　　　　　　　　　　　　　　　United States District Judge