**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                                         (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

March 7, 2024

Walter M. Norkin
Akrivis Law Group PLLC
1 SE 3rd Ave, Ste 2120
Miami, FL 33131

Amir Toossi
Akrivis Law Group PLLC
747 Third Avenue, Ste 32nd Floor
New York, NY 10022

David Dong Ann Lin
Lewis & Lin, LLC
77 Sands Street, Ste 6th Floor
Brooklyn, NY 11201

RE: **LoanStreet Inc. et al. v Troia,**
  **21-cv-6166 (NRB)**

Dear Counsel:

The Court is in receipt of the parties' letters of February 15, 2024 and February 20, 2024. ECF Nos. 87, 88. At the threshold, LoanStreet does not need this Court's permission to take whatever action counsel concludes is necessary to defend its interests in a case not pending before this Court. However, having done some research because of your letters, let me bring to your attention let me bring to your attention Allstate Ins. Co. v. Electrolux Home Prod., Inc., No. 16 Civ. 58 (LLS), 2016 WL 3561796, at *1 (S.D.N.Y. Jan. 8, 2016).

Moreover, since your letters characterize my September 8, 2023 Memorandum and Opinion, see ECF No. 74, let me resolve any possible ambiguity. My ruling was two-fold. First, consistent with multiple decisions in this Court, I found that Section 70-a of New York's Civil Rights Law is inapplicable in federal court. I then proceeded to exercise supplemental

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

jurisdiction and ruled on the merits that Troia's SLAPP claim failed as a matter of law given this Court's prior rulings on the sufficiency of the complaint.

                                                 Very truly yours,

                                                 Naomi Reice Buchwald
                                                 United States District Judge