

Akrivis Law Group, PLLC
One Southeast Third Avenue
Suite 2120
Miami, Florida 33131
+1.305.359.6399
akrivislaw.com

June 11, 2024

<u>Via ECF</u>

The Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**<u>Re: LoanStreet Inc. and Ian Lampl v. Wyatt Troia, Case No. 21-cv-06166-NRB</u>**

Dear Judge Buchwald:

  Our firm represents LoanStreet Inc. and Ian Lampl in the above-captioned matter. I am writing to inform the Court that the parties have conferred and agreed to a schedule for the remainder of discovery and other related case management matters pursuant to the Court's Order (DE 94). Attached please find a Proposed Amended Second Scheduling Order, which reflects the parties' agreement. We respectfully request that the Court adopt the proposed Order.

        Respectfully submitted,

        AKRIVIS LAW GROUP, PLLC

By:  <u>/s/ *Walter Norkin*</u>
   Walter M. Norkin, Esq.
   (WN-4321)
   747 Third Avenue
   32nd Floor
   New York, New York 10022
   Telephone: (646) 419-5634
   Email: wnorkin@akrivislaw.com