UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANSTREET, INC., and IAN LAMPL, Individually,<br><br>Plaintiffs,<br><br>-against-<br><br>WYATT TROIA, Individually,<br><br>Defendant. | Case No. 1:21-cv-06166-NRB<br><br>**NOTICE OF SERVICE** |

Defendant Wyatt Troia ("Defendant"), by and through the undersigned, hereby notice that a copy of the expert report by Dr. Lamarcus Bolton was served upon Plaintiffs' counsel of record via electronic mail on July 22, 2024.

Dated: July 22, 2024
        Brooklyn, New York

Respectfully submitted,

By: */s/David D. Lin*
David D. Lin, Esq. (DL-3666)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com

*Counsel for Defendant*