```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

LOANSTREET INC. and IAN LAMPL,

                    Plaintiffs,

       - against -

WYATT TROIA,
                                            ORDER
                    Defendant.
                                       21 Civ. 6166 (NRB)
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on January 28, 2025, David D. Lin, of Lewis & Lin LLC, filed a Notice of Motion to Withdraw as Attorney for defendant Wyatt Troia, ECF No. 132, and an accompanying Memorandum of Law, ECF No. 135, and Declarations, ECF Nos. 133-134, stating that Lewis & Lin had been discharged by Mr. Troia, who intended to proceed pro se; and

    **WHEREAS** Mr. Lin provided notice of his intent to provide limited-scope representation to Mr. Troia pursuant to Local Civil Rule 1.4(c); and

    **WHEREAS** on January 31, 2025, Mr. Troia filed a Notice of Pro Se Appearance, ECF No. 137; and

    **WHEREAS** on February 4, 2025, this Court denied Mr. Lin's application to provide limited-scope representation to Mr. Troia

and requested that Mr. Troia affirm his intent to proceed pro se, ECF No. 142; and

**WHEREAS** on February 7, 2025, Mr. Troia filed a letter reiterating his intent to proceed pro se, ECF No. 144; and

**WHEREAS** on the same date, Mr. Lin filed a letter motion seeking a conference regarding a proposed motion for reconsideration of the Court's denial of the proposed limited-scope representation, ECF No. 143; and

**WHEREAS** the Court held the requested conference on February 20, 2025 and re-affirmed its denial of the proposed limited-scope representation; it is hereby

**ORDERED** that Mr. Lin's Motion to Withdraw as counsel for Mr. Troia is granted, but his request to provide limited-scope representation to Mr. Troia is denied; and it is further

**ORDERED** that Mr. Troia may proceed pro se in this action; and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motions currently pending at ECF Nos. 132 and 143.

Dated:   New York, New York
         March 4, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE