

Akrivis Law Group, PLLC
One Southeast Third Avenue
Suite 2120
Miami, Florida 33131
+1.305.359.6399
akrivislaw.com

March 21, 2025

<u>Via ECF</u>
The Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**<u>Re: LoanStreet Inc. and Ian Lampl v. Wyatt Troia, Case No. 21-cv-06166-NRB</u>**

Dear Judge Buchwald:

    Plaintiffs LoanStreet Inc. ("LoanStreet") and Ian Lampl (collectively, "Plaintiffs") respectfully submit this letter to explain the parties' agreement, and to request leave of the Court to proceed pursuant to the parties' agreement, regarding the *Daubert* briefing that Defendant Wyatt Troia requested and the schedule denoted by Defendant's letter of February 12, 2025 (DE 152).

    Consistent with the briefing schedule, Mr. Troia filed a motion to preclude Plaintiffs' proposed expert on March 7, 2025, and Plaintiffs intend to respond to this motion by March 28, 2025, with Mr. Troia's option to reply set for April 11, 2025.  However, with respect to Mr. Troia's proposed experts, as Plaintiffs did not seek additional briefing, Plaintiffs informed Mr. Troia that we intend to rely on our prior submissions as our moving papers rather than submitting the same anew on March 7, 2025.  Mr. Troia agreed that he would treat those prior submissions as our moving briefs and would respond by March 28, 2025.  Plaintiffs would then have the option to reply by April 11, 2025, consistent with the schedule.

    Plaintiffs' respectfully request leave from the Court to treat the prior submissions, specifically the letters of September 27, 2024 (DE 103), and January 9, 2025 (DE 122, 123), as well as oral argument from December 5, 2024, as the Plaintiffs' motions to preclude Defendant's two experts.

    Respectfully submitted,

    AKRIVIS LAW GROUP, PLLC

By:     /s/ *Walter Norkin*
    Walter M. Norkin, Esq.
    (WN-4321)
    747 Third Avenue
    32nd Floor
    New York, New York 10022
    Telephone:  (646) 419-5634
    Email: wnorkin@akrivislaw.com

**cc.** Wyatt Troia (via ECF and Email)