**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOANSTREET, INC. and IAN LAMPL,<br><br>                              Plaintiffs,<br><br>     -against-<br><br>WYATT TROIA,<br><br>                              Defendant. | Civil Action No. 1:21-cv-06166-NRB<br><br>**NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO LOCAL CIVIL RULE 6.3** |

**PLEASE TAKE NOTICE** that, upon the supporting memorandum of law, I, Defendant Wyatt Troia, respectfully move the Court under Local Civil Rule 6.3 to reconsider its September 3, 2025 Order (ECF 182), insofar as it denied my motion for summary judgment as to Plaintiffs' unfair competition claims; denied my motion to exclude Plaintiffs' expert, Mr. Allen Adamson; and granted Plaintiffs' motion to exclude my expert, Dr. LaMarcus Bolton.

Dated: October 17, 2025
        New York, New York

                                                Respectfully submitted,
                                                By: */s/ Wyatt Troia*
                                                Wyatt Troia
                                                300 Albany Street, 8G
                                                New York, NY 10280
                                                Tel: (402) 990-3834
                                                Email: mrwnt10@gmail.com

                                                *Defendant*