```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
LOANSTREET, INC., and IAN
LAMPL, Individually,

                Plaintiffs,                    ORDER

         - against -                         21 Civ. 6166 (NRB)

WYATT TROIA, Individually,

                Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on January 28, 2025, David D. Lin, of Lewis & Lin LLC, filed a two-pronged "Notice of Motion to Withdraw as Counsel and Intention to Provide Limited-Scope Representation for Defendant Wyatt Troia," which stated that Lewis & Lin had been discharged by Troia, who intended to proceed pro se, ECF Nos. 132-35; and

**WHEREAS**, on February 4, 2025, this Court, pursuant to Local Rule 1.4(c), denied Lin's application to provide limited-scope representation to Troia, ECF No. 142, with an explanation as to why limited-scope representation was unacceptable; and

**WHEREAS**, on March 4, 2025, this Court granted Lin's motion to withdraw after Troia affirmed that he would proceed pro se, ECF Nos. 144, 154; and

**WHEREAS**, this Court was informed by Troia that Lin would

continue to represent him in a related action in Supreme Court, New York County, which representation is reflected on the current docket sheet of the state case; and

**WHEREAS**, based on the Court's judicial experience, it appears the materials submitted by Troia have been drafted by, or with the assistance of, an attorney; it is hereby

**ORDERED** that Troia, by affidavit or affirmation, state whether any attorney participated in the drafting, revising, or reviewing of ECF Nos. 155-59, 162-64, 169-170, 190-91, and 194, and if so, state the identity of any such attorney by January 8, 2026.

Dated:   New York, New York
         December 19, 2025

                                      _____
                                         NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE