UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANSTREET, INC. and IAN LAMPL,<br><br>         Plaintiffs,<br><br>  -against-<br><br>WYATT TROIA,<br><br>         Defendant. | Civil Action No. 1:21-cv-06166-NRB<br><br>**AFFIRMATION OF NO ATTORNEY ASSISTANCE** |

I, Wyatt Troia, declare under penalty of perjury that no attorney participated in the drafting, revising, or reviewing of ECF Nos. 155-58,[1] 162-64, 169-170, 190-91, and 194.

Dated: December 19, 2025
   New York, New York

                Respectfully submitted,
                By: */s/ Wyatt Troia*
                Wyatt Troia
                300 Albany Street, 8G
                New York, NY 10280
                Tel: (402) 990-3834
                Email: mrwnt10@gmail.com

                *Defendant*

---

[1] The Court's December 19, 2025 Order (ECF No. 196) also inquired about ECF No. 159, but that document was filed by Plaintiffs, not myself.