```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
LOANSTREET, INC., and IAN LAMPL,
Individually,
                                                    ORDER
                Plaintiffs,
                                              21 Civ. 6166 (NRB)
        - against -

WYATT TROIA, Individually,

                Defendant.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of plaintiffs' letter, ECF No. 199, requesting a status conference to "set a trial date, as well as other related deadlines." To assist the Court in scheduling a date for a jury trial, the Court requests that the parties submit the following information by January 16, 2026:

(1) The names and affiliations of fact witnesses to be called by each party;

(2) The parties' best estimate for the length of trial; and

(3) Any weeks in April, May, June, or July 2026 in which the parties or their witnesses have conflicts that would make conducting a trial impracticable.

After receiving responses from the parties, the Court will consider scheduling an in-person status conference.

Dated:   December 29, 2025
         New York, New York

*[signature: Naomi Reice Buchwald]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE