January 7, 2026

**VIA ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: LoanStreet, Inc. et al., v. Troia,*
*21-cv-06166 (NRB)*

Dear Judge Buchwald,

I write in response to the Court's December 29, 2025 Order (ECF No. 200) requesting information to assist in scheduling a jury trial.

**Fact Witnesses.** I anticipate calling the following fact witnesses:
- Wyatt Troia, Defendant
- Ian Lampl, Plaintiff

**Estimated Length of Trial.** I estimate that trial will require approximately three to four days, inclusive of jury selection, openings and closings, fact testimony, expert testimony (including that of my rebuttal expert, Deepak Sabiki), cross-examination, and any impeachment testimony that may become necessary depending on Plaintiffs' witness presentation.

**Trial Conflicts.** I or Mr. Sabiki have conflicts that would make conducting a trial impracticable in the weeks that start on the following dates in April, May, June, and July 2026:
- May 11
- May 18
- May 25
- June 1
- June 15
- June 29
- July 6

Any conflicts relating to Mr. Lampl's availability are appropriately addressed by Plaintiffs, who control his scheduling.

Respectfully submitted,

*/s/ Wyatt Troia*
Wyatt Troia
300 Albany Street, 8G
New York, NY 10280
Tel: (402) 990-3834

*Defendant*