```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LOANSTREET, INC., and IAN LAMPL,
Individually,
                                                    ORDER
                Plaintiffs,               21 Civ. 6166 (NRB)

          - against -

WYATT TROIA, Individually,

                Defendant.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of the parties' letters of January 7, 2026, and January 13, 2026, ECF Nos. 201, 202, in response to the Court's December 29, 2025 Order.  Having considered the parties' responses and the Court's schedule, trial will commence on June 22, 2026.  An in-person status conference to discuss pre-trial matters and related deadlines is scheduled for April 21, 2026 at 11:00 a.m.

```
Dated:    New York, New York
          January 15, 2026
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE