**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                              (212) 805-0194
UNITED STATES DISTRICT JUDGE

March 16, 2026

Wyatt N. Troia
300 Albany Street, 8G
New York, NY 10280

Walter M. Norkin
Amir Toossi
Akrivis Law Group PLLC
747 Third Ave., 32nd Floor
New York, NY 10022

### Re: LoanStreet Inc. et al. v. Troia
### 21 Civ. 6166 (NRB)

Dear Mr. Troia and Mr. Norkin:

The Court is in receipt of the parties' letters dated February 26, 2026 and March 4, 2026, ECF Nos. 205-07, concerning the "Confidential" designation of certain emails produced by plaintiffs in discovery (LS-0000301 – LS-0000305). As the parties are aware, the discovery period closed more than a year ago, and until now, defendant has not objected to the "Confidential" designation. In addition to the delay, defendant has not explained how he would be prejudiced by maintaining the designation. Moreover, the "Confidential" designation has no impact on defendant's ability to use or introduce the documents at trial, if otherwise admissible. Accordingly, defendant's request is denied.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc: All counsel of record (by ECF)