**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOANSTREET, INC. and IAN LAMPL, <br><br>                   Plaintiffs, <br><br>     -against- <br><br> WYATT TROIA, <br><br>                   Defendant. | Civil Action No. 1:21-cv-06166-NRB <br><br> **NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO LOCAL CIVIL RULE 6.3** |

       **PLEASE TAKE NOTICE** that, upon the supporting memorandum of law, I, Defendant Wyatt Troia, respectfully move the Court under Local Civil Rule 6.3 to reconsider its March 16, 2026 Order (ECF No. 209), denying my request to remove the "Confidential" designation of certain emails produced by plaintiffs in discovery (LS-0000301 – LS-0000305).

Dated: March 17, 2026
      New York, New York

                                      Respectfully submitted,
                                        By: */s/ Wyatt Troia*
                                        Wyatt Troia
                                        300 Albany Street, 8G
                                        New York, NY 10280
                                        Tel: (402) 990-3834
                                        Email: mrwnt10@gmail.com

                                        *Defendant*