```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LOANSTREET, INC., and IAN LAMPL,
Individually,
                                                        ORDER
               Plaintiffs,                       21 Civ. 6166 (NRB)

          - against -

WYATT TROIA, Individually,

               Defendant.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' submissions addressing defendant's motion for reconsideration of the Court's March 16, 2026 Order, ECF Nos. 209-213, the Court has determined to grant the motion. Principally, plaintiffs have not adequately justified designating the documents produced at LS-000301 through LS-000305 as confidential. Accordingly, the confidential designation as to those documents shall be removed.

Dated:     New York, New York
           April 8, 2026

                                  _____
                                       NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE