April 23, 2026

The Court confirms that a court reporter will be present at the April 28, 2026 pre-trial conference.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    April 24, 2026
          New York, New York

**VIA ECF**

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: LoanStreet, Inc. et al., v. Troia,*
*21-cv-06166 (NRB)*

Dear Judge Buchwald,

  I respectfully request that an official court reporter be assigned to the in-person pre-trial status conference scheduled for April 28, 2026 at 3:00 p.m. See ECF 215. In the alternative, I ask that the conference be recorded via the Court's For The Record (FTR) audio system, so that a verbatim record is preserved. If neither is feasible, I request leave to arrange for a private certified court reporter to attend at my own expense, with any resulting transcript made available to Plaintiffs' counsel.

  Under 28 U.S.C. § 753(b), civil proceedings are recorded "as a judge of the court may direct." The Court has indicated that the April 28, 2026 conference will address "pre-trial matters and related deadlines" in advance of the July 14, 2026 jury trial. See ECF 203; ECF 218. Substantive rulings on scheduling, motions in limine, evidentiary questions, and trial logistics are likely to issue, and a verbatim record will assist both parties in complying with the Court's directives.

  As a pro se defendant without legal training, I cannot reliably reconstruct extended oral rulings or argument from handwritten notes alone, and a contemporaneous record will reduce the risk of later disputes over what was said, ordered, or agreed to at the conference. The FTR option requires only activation of the courtroom's existing recording equipment, and the private-reporter option would be arranged entirely at my expense.

  Respectfully submitted,

*/s/ Wyatt Troia*
Wyatt Troia
300 Albany Street, 8G
New York, NY 10280
Tel: (402) 990-3834

*Defendant*