May 3, 2026

**VIA ECF**

Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

The Court confirms that a
court reporter will be
present at the May 5, 2026
conference and at all future
conferences in this case.

SO ORDERED.

*Re: LoanStreet, Inc. et al., v. Troia,*
*21-cv-06166 (NRB)*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dear Judge Buchwald,

I respectfully request two procedural items.

Dated:    May 4, 2026
          New York, New York

1. **Court reporter for the May 5, 2026 conference and future conferences.**

Consistent with the Court's grant of my April 23, 2026 request for a court reporter at the April 28, 2026 conference (ECF 220, granted at ECF 222), I respectfully request that an official court reporter be assigned to the May 5, 2026 conference and to any future conferences in this case.

2. **Permission to bring a laptop and a mobile phone into the courthouse for trial.**

At the April 28, 2026 conference, the Court indicated that I would need to file a request for permission to bring a laptop into the courthouse, given my pro se status. I respectfully request that the Court sign the proposed order attached as Attachment 1 granting me permission to bring a laptop and a mobile phone into the courthouse for the July 14, 2026 jury trial. As a pro se defendant managing the trial without assistance, I would benefit from real-time access to the laptop for note-taking and trial document search and retrieval, and to the mobile phone for use outside the courtroom in the event I need to contact a witness who has not appeared.

Thank you for your consideration.

Respectfully submitted,

*/s/ Wyatt Troia*
Wyatt Troia
300 Albany Street, 8G
New York, NY 10280
Tel: (402) 990-3834

*Defendant*