# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NY 10007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

(212) 805-0194

May 28, 2026

Wyatt N. Troia
300 Albany Street, 8G
New York, NY 10280


Amir Toossi
Akrivis Law Group PLLC
747 Third Ave., 32nd Floor
New York, NY 10022

Re: **LoanStreet Inc. et al. v. Troia**
**21 Civ. 6166 (NRB)**


Dear Mr. Troia and Mr. Toossi:

The Court is in receipt of the parties' letters of May 27 and May 28, 2026, ECF Nos. 272, 273. Under the circumstances, the Court has concluded that trial cannot proceed as currently scheduled. At this point, the Court will hold the weeks of November 2 and November 9, 2026, as well as the weeks of December 7 and December 14, 2026, available for trial. If either of these proposed two-week trial windows presents an impossible conflict for either party, please inform the Court as soon as practicable.

In the interim, the Court expects to address the various motions in limine filed by the parties, ECF Nos. 231, 234, 237, 239, 240, and 242-49, once they are fully briefed. It is the hope of the Court that the resolution of those motions will provide guidance to the parties as to the appropriate subject matter of the trial and the permissible parameters of witness testimony. Now, given that Mr. Troia submitted more than 200 pages of briefing and more than 4,000 pages of exhibits in support of his motions in limine, which are typically narrow motions directed towards discrete trial issues, it is unclear whether the trial could have proceeded as scheduled in any event.

With respect to Mr. Troia's request to file a 50-page opposition to plaintiffs' motion in limine, ECF No. 270, page limits are designed not to prevent a party from presenting an issue to the Court, but rather to ensure the parties' submissions are focused and effective. Accordingly, in an effort to achieve such focus, each party shall submit one opposition

brief not to exceed 30 pages, and each party shall submit one reply brief in support of their respective motions in limine not to exceed 20 pages.

Very truly yours,

Naomi Reice Buchwald
United States District Judge