

747 Third Avenue
32nd Floor
New York, New York 10017

☎ +1.347.949.0548

🌐 akrivislaw.com

June 17, 2026

<u>Via ECF</u>

The Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**<u>Re: LoanStreet Inc. and Ian Lampl v. Wyatt Troia, Case No. 21-cv-06166-NRB</u>**

Dear Judge Buchwald:

On behalf of Plaintiffs LoanStreet Inc. and Ian Lampl, we write to advise the Court of Plaintiffs' availability for trial and to request an adjustment of the deadline for the parties to file jury instructions.

On May 28, 2026, the Court issued an order adjourning trial in the above-captioned matter in light of Mr. Norkin's medical condition and advised the parties of potential new trial dates in November and December. After consulting with our anticipated witnesses, Plaintiffs are available to begin trial on either November 9, 2026 or December 7, 2026, with a strong preference for the November date.

Plaintiffs also respectfully request a modification to the deadline for the parties to submit proposed jury instructions. On May 5, 2026, when the July 18 trial date was still operative, the Court held a pre-trial hearing, during which the Court and the parties agreed to file their proposed jury instructions, voir dire questions and verdict forms by June 22, 2026. In light of the adjournment of trial and given the impact that the Court's rulings on the parties' respective motions in limine may have on the proposed jury instructions, Plaintiffs respectfully request that the deadline for the parties to file their proposed jury instructions be changed to a date two weeks before trial.

Respectfully submitted,

AKRIVIS LAW GROUP, PLLC

By:    /s/ *Amir Toossi*
        Amir Toossi, Esq.
        747 Third Avenue
        32nd Floor
        New York, New York 10022
        Email: **atoossi**@akrivislaw.com

**cc.** Wyatt Troia (Via ECF)