akrivis® LAW GROUP PLLC

747 Third Avenue
32nd Floor
New York, New York 10017
+1.347.949.0548
akrivislaw.com

November 13, 2026

Via ECF

The Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: LoanStreet Inc. and Ian Lampl v. Wyatt Troia, Case No. 21-cv-06166-NRB**

Dear Judge Buchwald:

Plaintiffs LoanStreet Inc. and Ian Lampl ("Plaintiffs") respectfully submit this letter in response to the Court's November 12, 2026 Memorandum and Order (ECF No. 337), which directed Plaintiffs to "immediately inform the Court and Troia whether they will call McGeehim [sic], Doohan, Adams, Lanzarone, and Hallyburton at trial, and, if not, whether plaintiffs will facilitate these witnesses' presence at trial." ECF No. 337 at 25 n.7.

Plaintiffs intend to call Conor McGeehin, Michelle Doohan, Larry Adams, and Michael Lanzarone during Plaintiffs' case.

Plaintiffs do not intend to call Jeff Hallyburton. Please note that Mr. Hallyburton is no longer employed by LoanStreet, and Plaintiffs will make reasonable efforts to facilitate his attendance should Defendant advise us that he wishes to call him as a witness.

Respectfully submitted,

AKRIVIS LAW GROUP, PLLC

By: /s/ *Amir Toossi*
Amir Toossi, Esq.
747 Third Avenue
32nd Floor
New York, New York 10017
Email: atoossi@akrivislaw.com

cc: Wyatt Troia (via ECF)