November 16, 2026

**VIA ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

*LoanStreet, Inc. et al. v. Troia, 21-cv-06166 (NRB)*
*Re: Defendant's Selection of Five Witnesses as Directed by ECF No. 337 at 24-25*

Dear Judge Buchwald,

As directed by the Court's November 12 Memorandum and Order, ECF No. 337 at 24-25, I select the following of the "personal and professional contacts" identified in ECF No. 219: Carol Drake, Robert Troia, Lee Koch, Joshua Lipson and Jim Ruane. This selection concerns only that category of witnesses. I make it in compliance with the Order and without waiving my objections to the exclusion of other witnesses or to the limit on their number.

I renew my request that the Clerk issue the trial subpoena for Mr. Koch (ECF No. 316), which the Court held in abeyance pending this response. ECF No. 337 at 25 n.7.

Respectfully submitted,

/s/ Wyatt Troia
Wyatt Troia
300 Albany Street, 8G
New York, NY 10280
Tel: (402) 990-3834

*Defendant*

cc: Counsel of record (via ECF)